IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.

OSCAR & CONCETTA MARCHETTI,

    Plaintiffs,

vs.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

## **PETITION FOR REMOVAL**

TO:    The Honorable Judges of the United States District Court
        for the Middle District of Florida

    Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST ("**Hartford**"), hereby Petitions for Removal of the above-styled action from the Circuit Court of the Twentieth Circuit, in and for Charlotte County, Florida, to this Court. Removal is proper on the following grounds:

    1.    Plaintiffs, Oscar & Concetta Marchetti, commenced a civil action in the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida, styled *Oscar & Concetta Marchetti v. Hartford Insurance Company of the Midwest,* Case No.: 24-000134-CA (*See* Notice of Service of Process and Summons attached hereto as **Exhibit 1**.)

    2.    The Complaint in this case was served on **Hartford** on January 19, 2024. (*See* **Exhibit 1**.)

3. The Plaintiffs' Complaint alleges, "[o]n or About September 28, 2022, Mr. and Mrs. Marchetti [sic] home suffered windstorm damages as a result of Hurricane Ian."." (*See* Complaint, (¶ 11), attached hereto as **Exhibit 1**.)

4. The Complaint does not specifically allege an amount in controversy and instead simply alleges, "[t]he amount in controversy in this action is greater than Thirty Thousand Dollars ($30,000.00) exclusive of interest, costs, and attorneys' fees . . . ." (*See* Plaintiffs' Complaint ¶1).

5. Pursuant to Florida law, Plaintiffs filed a Notice of Intent to Litigate seeking damages in the amount of $137,521.00. (*See* Notice of Intent to Litigate, attached hereto as composite **Exhibit 3**.).

6. Additionally, Plaintiffs provided Hartford with an estimate for damages in the amount of $139,744.03 1. (See Plaintiffs' Estimate, attached hereto as composite **Exhibit 4**.).

6. Based on the Notice of Intent to Litigate and the Estimate, it is clear Plaintiffs are seeking damages in excess of $75,000.00, the amount in controversy required for diversity jurisdiction.

7. Plaintiffs, Oscar & Concetta Marchetti, are citizens and permanent residents of Charlotte County, Florida and are therefore domiciled in Charlotte County, Florida, at all times material to the action.

8. At the time of the filing of the Complaint and Notice of Removal, and at all times material hereto, Hartford was and is an Indiana corporation with its principal place of business in Hartford, Connecticut. As such, Defendant is a foreign corporation.

9. Removal of this action is proper under 28 U.S.C. § 1332, which allows for District Court jurisdiction over, "all civil actions where the matter in controversy exceeds the sum or value

of $75,000.00," and is between citizens of different States. 28 U.S.C. § 1332, 1441 and 1446, *et seq*.

10. Venue is proper in this Court under 28 U.S.C. § 1332.

11. Given the aforementioned, Hartford asserts the amount in controversy in this matter exceeds the jurisdictional minimum, exclusive of interest and costs, pursuant to the estimate produced on Plaintiffs' behalf. *See Logsdon v. Duron, Inc.,* Case No.: 3:05cv243J-16HTS, 2005 WL 1163095, at *2 (M.D. Fla. May 17, 2005) (holding that a removing defendant need only show that the amount in controversy will "more likely than not" be satisfied when a plaintiff does not claim a specific amount of damages).

12. Hartford has filed its Petition for Removal within 30 days of receiving Plaintiffs' Complaint on January 19, 2024, which was Hartford's first notice the case was able to be removed to the United States District Court for the Middle District of Florida. Thus, Hartford has timely filed the instant Petition for Removal.

13. Following the filing of this Petition with this Court, written notice of the filing of same will be provided to the attorney for Plaintiffs, as required by law.

14. Following the filing of this Petition with this Court, a true and accurate copy of the same will be filed with the Clerk of Court of the Twentieth Judicial Circuit in and for Charlotte, County Florida, as required by law.

15. Pursuant to 28 U.S.C. § 1446(a), Hartford simultaneously files a true and legible copy of important process, pleadings, and orders on file in the state court with this Petition for Removal.

WHEREFORE, HARTFORD INSURANCE COMPANY OF THE MIDWEST, respectfully requests that the above-styled action be removed to the United States District Court for the Middle District of Florida.

**Dated:** February 16, 2024

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

| | | |
|---|---|---|
| By | : | /s/ **Danielle N. Robinson** <br> Michael A. Packer (Lead Counsel) <br> Florida Bar No.: 121479 |
| Primary | : | mapacker@mdwcg.com <br> 2400 East Commercial Boulevard <br> Suite 1100 <br> Fort Lauderdale, FL 33308 |
| Primary | : | Danielle N. Robinson <br> Florida Bar No.: 13921 <br> dnrobinson@mdwcg.com |
| Secondary | : | kafriday@mdwcg.com <br> nnsaffie@mdwcg.com <br> mmalvarez@mdwcg.com <br> pleadingsftl@mdwcg.com |
| Attorneys for | | *HARTFORD INSURANCE COMPANY OF THE MIDWEST* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **16th day of February, 2024,** a true copy of the foregoing **Petition for Removal** was filed with the Clerk of the Court by using the CM/ECF system. I further certify that I e-mailed or mailed the foregoing document and the notice of electronic filing to all counsel of record or pro se parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail for those counsel or parties who are not authorized to

receive electronically Notices of Electronic Filing as follows: E. Alexander Pujol, Esq. of Merlin Law Group, P.A.., 777 S. Harbour Island Blvd., Suite 950 Tampa, Florida 33602 [apujol@merlinlawgroup.com; ckelly@merlinlawgroup.com].

/s/ **Danielle N. Robinson**
Danielle N. Robinson, Esquire

LEGAL/159448094.v1